Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

No. 64331.—C. J. Tower & Sons et al. *v.* United States, protests 279626–K, etc. (Buffalo).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiffs was sustained.

No. 64332.—C. J. Tower & Sons et al. *v.* United States, protests 304792–K, etc. (Buffalo).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiffs was sustained.

No. 64333.—C. J. Tower & Sons of Buffalo, Inc. *v.* United States, protests 59/6474, etc. (Buffalo).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

No. 64334.—C. J. Tower & Sons of Buffalo, Inc. *v.* United States, protests 59/6498, etc. (Buffalo).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

No. 64335.—C. J. Tower & Sons of Niagara, Inc. *v.* United States, protests 59/8635, etc. (Buffalo).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

No. 64336.—C. J. Tower & Sons of Buffalo, Inc. v. United States, protests 59/8637, etc. (Buffalo).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

No. 64337.—C. J. Tower & Sons of Buffalo, Inc., et al. v. United States, protests 59/8657, etc. (Buffalo).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiffs was sustained.

No. 64338.—C. J. Tower & Sons of Buffalo, Inc. v. United States, protests 59/8672, etc. (Buffalo).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

No. 64339.—C. J. Tower & Sons of Buffalo, Inc. v. United States, protests 59/8702, etc. (Buffalo).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.